IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WYVERN HOSPITALITY LLC,
A Florida limited liability company,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYDS LONDON, a foreign entity; HDI GLOBAL SPECIALTY SE, a foreign entity; SUMMIT SPECIALTY INSURANCE COMPANY, a foreign entity; GUIDEONE NATIONAL INSURANCE COMPANY, a foreign entity; CATALYTIC RISK MANAGERS & INSURANCE AGENCY, LLC, a foreign entity; CATALYTIC CLAIMS SERVICES, INC., a foreign entity; and YA ENGINEERING SERVICES, LLC, a foreign entity,

    Defendants.

Case No. 4:24-cv-338

## CONSENT TO REMOVAL

Defendants, Certain Underwriters at Lloyd's, London, HDI Global Specialty SE, Summit Specialty Insurance Company, GuideOne National Insurance Company, Catalytic Risk Managers & Insurance Agency, LLC, and Catalytic Claim Services, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby

#102541152v1



consent to removal of the civil action currently pending in the Circuit Court of the Second Judicial Circuit in and For Leon County, Florida, captioned *Edgewater Valley Forge Fund III LP et, al.*, *v. Certain Underwriters at Lloyd's. London, et. al.*, Case No. 2024-CA-001165 (the "State Court Action"), under 28 U.S.C. § 1446(b)(2). Defendants agree with the Notice of Removal filed by Defendant YA Engineering Services, LLC, and consent to removal of the State Court Action to federal court.

Dated this 23rd day of August 2024

/s/ *Kimberly M. Jones*
**VINCENT P. BEILMAN, III, ESQ.**
 Florida Bar No. 23966
**KIMBERLY M. JONES, ESQ.**
 Florida Bar No. 29069
**DREW MARIS NEWMAN, ESQ.**
 Florida Bar No. 1031438
**WOOD, SMITH,**
**HENNING & BERMAN, LLP**
7835 BW Beacon Square Boulevard
Second Floor
Boca Raton, Florida 33487
Telephone: (954) 932-3498
dnewman@wshblaw.com
kjones@wshblaw.com
breid@wshbalaw.com
*Counsel for Defendants*

#102541152v1