# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**EDGEWATER VALLEY FORGE**
**FUND III LP, et al.,**

    *Plaintiffs*,

v.                                                                                    Case No.:  4:24cv338-MW/MAF

**CERTAIN UNDERWRITERS AT**
**LLOYD'S, LONDON, et al.**

    *Defendants*.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 20. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file. The Clerk shall remove the stay flag on this case.

**SO ORDERED on December 31, 2024.**

                                            **s/Mark E. Walker**
                                            **United States District Judge**